1  Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
2  P. O. Box 1045
   Shoshone, Idaho 83352
3        Tel:  (208) 280-3766
         Fax: (208) 544-7070
4        email:  oyad@aol.com

5  Attorney for Petitioner

6

7
                UNITED STATES DISTRICT COURT
8
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11  DUANE JOHNSON,                    )
                                      )  Case No.  C-07-3563
12       Plaintiff/Petitioner,        )
                                      )
13  vs.                               )  PROOF OF SERVICE
                                      )
14  UNITED STATES OF AMERICA,         )
                                      )
15                                    )
         Defendants.                  )
16  _____ )

17       I, Montie S. Day, declare:

18       Pursuant to Rule 4 of the Federal Rules of Civil Procedures, I served the following

19  document upon the defendant by serving by certified mail, return receipt addressed to the

20  following:

21  Civil Process Clerk
    United States Attorney
22  450 Golden Gate Avenue,
    P. O. Box 36055
23  San Francisco, CA 94102

24  Attorney General, Dept. Of Justice
    Western Region
25  P. O. Box 683 Ben Franklin Station
    Washington, DC  20044
26

27       The following documents were served:

28
    _____
    PROOF OF SERVICE

- 2 -

1     Petition to Quash Summons

2     Summons in Civil Case

3     Standing Order (Note CMC date October 16, 2007)

4     Notice of Assignment of Case to U.S. Magistrate Judge for Trial (with attachments)

5     Certificate of Non-Party Interested Entities)

6     ECF Registration Information Handout

7     The return receipts were returned to the undersign, copy of which are attached hereto as Exhibit A.

    A copy of this proof of service with attachments are served this date upon the defendants by U.S. Mail, addressed as shown above.

    I declare under the penalties of perjury that the foregoing is true and correct, and that I have executed this declaration at Shoshone, State of Idaho, on July 21, 2007.

*/s/ Montie S. Day*
Montie S. Day, Attorney

PROOF OF SERVICE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) [signature] B. Date of Delivery 7/17/07<br>C. Signature [signature] ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>CIVIL PROCESS CLERK<br>UNITED STATES ATTORNEY<br>450 GOLDEN GATE<br>P.O. BOX 36055<br>SAN FRANCISCO, CALIF.<br>94102 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from...) | 7005 0390 0005 6609 0549 |
| PS Form 3811, July 1999 | Domestic Return Receipt    102595-00-M-0952 |

EXHIBIT A

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General, Dept of Justice
Western Region
P.O. Box 683 Ben Franklin Stat
Washington DC 20044

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by *(Please Print Clearly)*: *Samuel L. Parker*
B. Date of Delivery: JUL 17 2007
C. Signature X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Copy from se*    7006 2150 0000 9836 3989

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952