SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUANE JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 07-3563-EDL<br><br>DECLARATION OF CYNTHIA STIER IN SUPPORT OF UNITED STATES' MOTION TO DISMISS<br><br>DATE: October 23, 2007<br>TIME: 9:00 a.m.<br>PLACE: 15th Floor, CR E |

**DECLARATION OF CYNTHIA STIER**

1. I am an Assistant United States Attorney for the Northern District of California, and in such capacity represent the defendant, the United States of America, in this action. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto.

2. I am assigned to the above-captioned case. In connection with that assignment, I was provided with the attached document from the Internal Revenue Service. The attached

//
//

1  document is a letter from Steve Baker, dated August 30, 2007.
2      I declare under penalty of perjury that the foregoing is true and correct to the best of my
3  information and belief.
4
5  Dated: September 6, 2007        /s/ Cynthia Stier
                                           CYNTHIA STIER

Stier Declaration in Support of
Government's Motion to Dismiss
C-07-3563-EDL



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
Washington, DC 20224

SMALL BUSINESSI / SELF-EMPLOYED DIVISION

Date: August 30, 2007

Internal Revenue Service
1201 Pacific, Ste 550
Tacoma, WA 98402
Phone#: 253-582-5961
Fax#: 253-582-6087

Area Number: 12

World Savings Bank
Summons Processing
1901 Harrison St.
Oakland, CA 94612

---

Dear Sir or Madam,

This is to notify you that the Internal Revenue Service is withdrawing the summons served on World Savings Bank by certified mail on June 12, 2007 for information relating to a Deed of Trust filed with Duane Johnson.

I appreciate your help in this matter. If you have any questions or need more information, please contact me at the address or the telephone number listed above.

Sincerely,

Steve Baker
Revenue Officer
Employee ID#: 9106719