1  Montie S. Day, Attorney   (Cal Bar No. 73327)
   DAY LAW OFFICES
2  P. O. Box 1045
   Shoshone, Idaho 83352
3       Tel:  (208) 280-3766
        Fax: (208) 544-7070
4       email:  oyad@aol.com

5  Attorney for Petitioner

6

7                    UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11 DUANE JOHNSON,                    )
                                     )  Case No.   C-07-3563
12       Plaintiff/Petitioner,       )
                                     )
13 vs.                               )  PLAINTIFF'S RESPONSE TO
                                     )  DEFENDANT'S MOTION TO DISMISS
14 UNITED STATES OF AMERICA,         )
                                     )    Date: October 23, 2007
15                                   )    Time: 9:00 a.m.
         Defendants.                 )    Place: 15th Floor, CRE
16 _____ ___)

17

18       In that the Internal Revenue Service has withdrawn the summon which was  illegally

19 issued and served in violation of Title 26, United States Code Section 7609 such as to "moot"

20 the issue before this Court, the Plaintiff does not oppose the motion to dismiss due the issue

21 of "mootness" as there remains no case and controversy.

22

23 Date:   September 7, 2007              DAY LAW OFFICES

24                                            /s/ Montie S. Day

25                                        BY:_____

26                                        Montie S. Day, Attorney

27

28

_____

RESPONSE TO MOTION TO DISMISS