SCOTT SCHOOLS (SCBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7000
    Facsimile:  (415) 436-6758
    Email: cynthia.stier@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **DUANE JOHNSON,** | No.  C-07-3563-EDL |
| **Plaintiff,** | |
| **v.** | **STIPULATION FOR DISMISSAL and [PROPOSED] ORDER** |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

     Plaintiff, Duane Johnson and Defendant, United States of America., pursuant to Rule 41(a)(1) of the Fed.R.Civ.P. hereby Stipulate to Dismissal of this action, with prejudice, each party to bear its own costs, including any attorney's fee.

SCOTT SCHOOLS
United States Attorney

Dated: October 3, 2007

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division

Attorneys for United States

//

//

*Stipulation for Dismissal and*
*[Proposed] Order,*
*C-07-3563-EDL*

1

2    Dated: October 3, 2007                    /s/ Montie S. Day
                                              MONTIE S. DAY
3                                             DAY LAW OFFICES
                                              P.O. Box 1045
4                                             Shoshone, Idaho 83352
                                              Tel: 208-280-3766
5                                             Attorney for Plaintiff

6

7

8                                  **<u>ORDER</u>**

9         Pursuant to the Stipulation for Dismissal filed by the Plaintiff, Duane Johnson and

10   Defendant, United States of America, **IT IS HEREBY ORDERED** this action is dismissed with

11   prejudice, each party to bear its own costs, including any attorney's fee.

12    Dated: _____    _____
                                              ELIZABETH D. LAPORTE
13                                            United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     *Stipulation for Dismissal and*
     *[Proposed] Order,*
     *C-07-3563-EDL*