SCOTT SCHOOLS (SCBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7000
    Facsimile:  (415) 436-6758
    Email: cynthia.stier@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **DUANE JOHNSON,** | No.  C-07-3563-EDL |
| **Plaintiff,** | |
| v. | **JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

JOINT CONSENT TO PROCEED BEFORE  A UNITED STATES MAGISTRATE JUDGE

    Plaintiff, Duane Johnson and Defendant, United States, in accordance with the provisions of Title 28, U.S.C. Section 636(c), the hereby voluntarily consent to have a United States Magistrate Judge conduct any and all proceedings in the case.

                                          SCOTT SCHOOLS
                                          United States Attorney

Dated: October 4, 2007          /s/ Cynthia Stier
                                          CYNTHIA STIER
                                          Assistant United States Attorney
                                          Tax Division

                                            Attorneys for United States

*Joint Consent to Proceed Before
a US Magistrate Judge,
C-07-3563-EDL*

1
2
3  Dated: October 4, 2007                    /s/ Montie S. Day
                                             MONTIE S. DAY
4                                            DAY LAW OFFICES
                                             P.O. Box 1045
5                                            Shoshone, Idaho 83352
                                             Tel: 208-280-3766
6                                            Attorney for Plaintiff
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Joint Consent to Proceed Before
a US Magistrate Judge,
C-07-3563-EDL*