```
SCOTT SCHOOLS (SCBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7000
    Facsimile:  (415) 436-6758
    Email: cynthia.stier@usdoj.gov

Attorneys for the United States of America
```

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **DUANE JOHNSON,** ) | No.  C-07-3563-EDL |
| ) | |
| **Plaintiff,** ) | |
| ) | **STIPULATION FOR DISMISSAL** |
| v. ) | **and [PROPOSED] ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

    Plaintiff, Duane Johnson and Defendant, United States of America., pursuant to Rule 41(a)(1) of the Fed.R.Civ.P. hereby Stipulate to Dismissal of this action, with prejudice, each party to bear its own costs, including any attorney's fee.

```
                                          SCOTT SCHOOLS
                                          United States Attorney

Dated: October 3, 2007                    /s/ Cynthia Stier
                                          CYNTHIA STIER
                                          Assistant United States Attorney
                                          Tax Division

                                          Attorneys for United States
```

//

//

*Stipulation for Dismissal and
[Proposed] Order,
C-07-3563-EDL*

Dated: October 3, 2007

/s/ Montie S. Day
MONTIE S. DAY
DAY LAW OFFICES
P.O. Box 1045
Shoshone, Idaho 83352
Tel: 208-280-3766
Attorney for Plaintiff

## ORDER

Pursuant to the Stipulation for Dismissal filed by the Plaintiff, Duane Johnson and Defendant, United States of America, **IT IS HEREBY ORDERED** this action is dismissed with prejudice, each party to bear its own costs, including any attorney's fee.

Dated: October 9, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

*Stipulation for Dismissal and [Proposed] Order,*
*C-07-3563-EDL*